JP:MTK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

OYINBO OLALEYE,

        Defendant.

- - - - - - - - - - - - - -X

15 M 733

C O M P L A I N T

(18 U.S.C. § 1546)

EASTERN DISTRICT OF NEW YORK, SS:

      ELIZABETH A. WALL, being duly sworn, deposes and states that she is a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), duly appointed according to law and acting as such.

      On or about August 6, 2015, within the Eastern District of New York and elsewhere, the defendant OYINBO OLALEYE did knowingly and willfully use and attempt to use a United States visa that was procured by means of a false claim or statement and otherwise procured by fraud and unlawfully obtained.

      (Title 18, United States Code, Section 1546)

      The source of your deponent's information and the grounds for her belief are as follows:[1]

      1.    I am a Special Agent with DSS and have been with DSS since December 2014. I have been involved in the investigation of cases involving visa fraud. I am familiar

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file and from reports of other law enforcement officers involved in the investigation, including but not limited to officers of the United States Customs and Border Protection ("CBP").

2. On August 6, 2015, the defendant OYINBO OLALEYE arrived at John F. Kennedy International Airport on Arik Airlines flight no. W3 107 from Lagos, Nigeria. The defendant presented a valid Nigerian passport no. A02826138 and a B1/B2 United States entry visa with control no. 20151521610001 in the name of OYINBO OLALEYE to a CBP officer. The defendant's B1/B2 visa was issued by the United States Bureau of Consular Affairs ("U.S. Consulate") in Lagos, Nigeria on June 3, 2015.

3. The defendant OYINBO OLALEYE was referred for a secondary inspection by CBP officers. During the secondary inspection, the defendant OYINBO OLALEYE stated, in sum and substance and in part, that he was traveling to Maryland to attend his cousin's wedding which was scheduled to take place on August 29, 2015. The defendant wasn't able to correctly verify information that he had provided on his visa application regarding the wedding.

4. The CBP officers notified agents from DSS. DSS agents read the defendant his Miranda rights. The defendant stated that he understood his Miranda rights and subsequently waived them by signing a waiver form. In a post-Miranda interview, the defendant admitted, in sum and substance and in part, that another individual had filled out his visa application. The defendant further stated that he did not work for the company listed as

his employer on his visa application. In fact, the company listed by the defendant does not exist and has previously been used by other Nigerian nationals seeking visas.

WHEREFORE, your deponent respectfully requests that the defendant OYINBO OLALEYE be dealt with according to law.

*Elizabeth Wall*
ELIZABETH A. WALL
Special Agent
United States Department of State
Diplomatic Security Service

Sworn to before me this
6th day of August, 2015

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK